UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD P. NOEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:08-cv-222- SEB-TAB |
| vs. ) | |
| ) | |
| FIDELITY BROKERAGE SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before August 29, 2008. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 07/28/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Copies to:

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Elizabeth Ann Joseph
GIBBONS JONES, P.C.
ejoseph@gibbonsjones.com

Johanna Fister Norvell
LOCKE LORD BISSELL & LIDDELL LLP
hnorvell@lockelord.com