UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD P. NOEL<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES LLC<br><br>Defendant. | CAUSE NO.<br>1:08-cv-0222-SEB-TAB |

## JOINT STIPULATION OF FULL AND FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed by and between Plaintiff Richard P. Noel ("Plaintiff") and Defendant Fidelity Brokerage Services LLC (hereinafter referred to as "Defendant") as follows:

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being refiled.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating and settling these claims.

Dated: August 28, 2008

Submitted for entry by:

By: /s/ Philip J. Gibbons
Philip J. Gibbons, Esq.
Elizabeth A. Joseph (#24968-29)
GIBBONS Jones, P.C.
10401 North Meridian Street, Suite 300
Indianapolis, Indiana 46290
Telephone: (317) 706-1100
Fax: (317) 616-3335
Attorney for Plaintiffs

By: /s/ Johanna Norvell
Johanna Fister Norvell, Esq.
Texas Bar No. 00796549
Locke Lord Bissell & Liddell LLP
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 226-1423
Fax: (713) 229-2599
Attorney for Defendant
Admitted Pro Hac Vice